# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 687 |
| | : | |
| ORDER AMENDING RULES | : | CIVIL PROCEDURAL RULES |
| 1910.11, 1910.16-1, 1910.16-2, | : | |
| 1910.16-3, 1910.16-3.1, 1910.16-4, | : | DOCKET |
| 1910.16-6, 1910.18, AND 1910.19, | : | |
| AND RESCINDING RULE 1910.16, | : | |
| OF THE PENNSYLVANIA RULES | : | |
| OF CIVIL PROCEDURE | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 28th day of December, 2018, upon the recommendation of the Domestic Relations Procedural Rules Committee, the proposal having been published for public comment in the *Pennsylvania Bulletin*, 48 Pa.B. 4214 (July 21, 2018) and 48 Pa.B. 5831 (September 22, 2018):

It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rules 1910.11, 1910.16-1, 1910.16-2, 1910.16-3, 1910.16-3.1, 1910.16-4, 1910.16-6, 1910.18, and 1910.19 of the Pennsylvania Rules of Civil Procedure are amended, and Rule 1910.16 is rescinded, in the attached form.

This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective on January 1, 2019.

Additions to the rules are shown in bold and are underlined.
Deletions from the rules are shown in bold and brackets.